■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONY ASARI HO, Also Known as ANTHONY ASARI-HO, Appellant. [26 NYS3d 921]—Appeal from a judgment of the Monroe County Court (Douglas A. Randall, J.), rendered April 1, 2014. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Peradotto, J.P., Lindley, DeJoseph, Curran and Scudder, JJ.

■ In the Matter of SHYANA C. BROUGHTON, Respondent, v LARRY P. LIVINGSTON, Appellant. (Appeal No. 1.) [26 NYS3d 921]— Appeal from an order of the Family Court, Erie County (Mary G. Carney, J.), entered August 18, 2014 in a proceeding pursuant to Family Court Act article 6. The order granted the amended petition of petitioner seeking modification of a prior court order of custody and access.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Peradotto, J.P., Lindley, DeJoseph, Curran and Scudder, JJ.

■ In the Matter of LARRY P. LIVINGSTON, Appellant, v SHYANA C. BROUGHTON, Respondent. (Appeal No. 2.) [26 NYS3d 922]—Appeal from an order of the Family Court, Erie County (Mary G. Carney, J.), entered August 18, 2014 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Peradotto, J.P., Lindley, DeJoseph, Curran and Scudder, JJ.